**Opinion filed June 5, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00200-CV
_____

## OMEGA PRESTON, Appellant

## V.

## SANDRA HODGE, Appellee

**On Appeal from the County Court at Law**
**Ector County, Texas**
**Trial Court Cause No. 21609**

## MEMORANDUM OPINION

Appellant, Omega Preston, has filed in this court a motion for dismissal and nonsuit. In the motion, Appellant requests that this "cause be dismissed with prejudice." *See* TEX. R. APP. P. 42.1(a)(1). Appellant has certified that Appellee does not oppose the motion.

The motion is granted, and the appeal is dismissed.

June 5, 2015                                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.